# UNITED STATES DISTRICT COURT
## District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA | DISMISSAL ORDER |
| V. | |
| DEBRA KIDD | Violation No.<br>NJ 10-9374556<br>NJ 10-9374557 |

Under Rule 48(a) of the Federal Rules of Criminal Procedure and by the leave of court endorsed hereon, the United States Attorney for the District Court of New Jersey hereby dismisses Complaints number NJ 10-9374556 and NJ 10-9374557, alleging a violation of 18 U.S.C. §930, Possession of a Dangerous Weapon in a Federal Facility, and 21 U.S.C. §844, Simple Possession of Marijuana, for the reason that prosecution of the defendant has been declined because the defendant has entered into an agreement with the Pre-Trial Services Division.

The dismissal is without prejudice.

Matthew D. Nafus
Special Assistant United States Attorney

Leave of the court is granted for filing of the forgoing dismissal.

DATE: 9/24/20

Honorable Anthony R. Mautone
United States Magistrate Judge